IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ADRIANNE GILES, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:12cv218-MHT |
| | ) | (WO) |
| AUBURN UNIVERSITY AT MONTGOMERY, and MICHAEL BURGER, | ) ) ) ) | |
|    Defendants. | ) | |

### ORDER

Based on the representations made during an on-the-record conference call held on May 11, 2012, it is ORDERED that defendants' motion to dismiss (doc. no. 11) is granted to the following extent only:

(1) Plaintiff Adrianne Giles's Title VII, Family and Medical Leave Act, and Equal Pay Act claims against defendant Michael Burger are dismissed without prejudice. These claims remain pending against defendant Auburn University at Montgomery.

(2) Plaintiff Giles has 14 days from the date of this order to amend her complaint as to her claims under 42 U.S.C. §§ 1981 & 1983.

No party is terminated.

DONE, this the 11th day of May, 2012.

                              /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**