IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ADRIANNE GILES,                      ) | |
|     Plaintiff,   ) | |
|     v.           ) | CIVIL ACTION NO. |
|                  ) | 2:12cv218-MHT |
| AUBURN UNIVERSITY AT                 ) | (WO) |
| MONTGOMERY, and MICHAEL              ) | |
| BURGER,                              ) | |
|     Defendants.  ) | |

## ORDER

Based on the representations made during an on-the-record conference call held on July 17, 2012, it is ORDERED that plaintiff Adrianne Giles's motion for leave to file a third amended complaint (Doc. No. 26) is granted with the understanding that:

(1) Plaintiff Giles's Title VII, Family and Medical Leave Act, and Equal Pay Act claims are against only defendant Auburn University at Montgomery.

(2) Plaintiff Giles's § 1981/1983 claims are against only defendant Michael Burger.

It is further ORDERED that defendant Auburn University at Montgomery's motion to dismiss (Doc. No. 22) is denied.

DONE, this the 18th day of July, 2012.

        /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**